**Michael P. GEARY, Defendant Below–Appellant,**

v.

**STATE of Delaware, Plaintiff Below–Appellee.**

**No. 230, 2016**

Supreme Court of Delaware.

Submitted: January 11, 2017
Decided: January 17, 2017

Court Below: Superior Court of State of Delaware, Cr. I.D. No. 1409001604

AFFIRMED.

**Demaris WALKER, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

**No. 430, 2016**

Supreme Court of Delaware.

Submitted: October 17, 2016
Decided: January 17, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 0203014277

AFFIRMED.

**Kevin M. BUNKE, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

**No. 370, 2016**

Supreme Court of Delaware.

Submitted: December 28, 2016
Decided: January 17, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1410006032

AFFIRMED.

**PAYLOCITY HOLDING CORPORATION, Defendant Below, Appellant,**

v.

**John SOLAK, on behalf of himself and all other similarly situated stockholders of Paylocity Holding Corporation, Plaintiff Below, Appellee.**

**No. 46, 2017**

Supreme Court of Delaware.

Submitted: January 26, 2017
Decided: January 30, 2017

Court Below—Court of Chancery of the State of Delaware, C.A. No. 12299

REFUSED.